IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
ex rel., LUJEAN JENNINGS, M.D.,

                    Plaintiff,

            v.                                          18-CV-0296(V)

MOUNT ST. MARY'S HOSPITAL, CATHOLIC HEALTH
SYSTEM and LEE RUOTSI, M.D.

                    Defendants.

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States decline to intervene, the government respectfully refers the Court to 31 U.S.C. §3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requires that any and all pleadings, motions, papers and discovery filed in this action be served upon the United States. The United States requests that all orders issued by the Court be sent to the government counsel. The United States reserves the right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the

dismissal of the relator's action or claim. The United States also requests that they be served with all notices of appeal.

Finally, the United States requests that the Complaint and this Notice of Election to Decline Intervention, and the Court's Order be unsealed and served upon the defendants. The United States requests that the remaining documents remain under seal. A proposed Order accompanies this Notice of Declination to Intervene.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    KATHLEEN A. LYNCH
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5830

DATED:    Buffalo, New York
November 4, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of November 2019, a copy of the foregoing Notice of Election to Decline Intervention was mailed by first class mail, postage prepaid to:

Harvey P. Sanders, Esq.
Sanders & Sanders
401 Maryvale Drive
Cheektowaga, New York 14225
*Counsel to Relator*

Denise Mett, Paralegal (Contractor)